Chris C. Han (SBN.: 339447)
HAN LLP
444 S. Flower St. Suite 1300
Los Angeles, CA 90071
Telephone: (213) 210-9288
Email: chris.han@hanllplaw.com

Attorney for Plaintiff
PAUL H. KIM

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL H. KIM, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER YU, an individual,<br><br>　　　　　　　　Defendant. | Case No.<br><br>Assigned for All Purposes to<br>The Hon.<br><br>**<u>COMPLAINT FOR DAMAGES</u>** |

　　　　Plaintiff, PAUL H. KIM ("Plaintiff"), through his attorneys, HAN LLP, files his complaint against Defendant ALEXANDER YU ("Defendant"), and alleges, on knowledge as to his own actions and otherwise upon information and belief as follows:

## I.　　PRELIMINARY STATEMENT

　　　　1.　　This is an action for breach of contract arising from Defendant's default on a promissory note ("Note") that Defendant executed in favor of Plaintiff and Defendant's continued failure to pay his debt under the Note when due.

　　　　2.　　The Note's stated maturity date is October 1, 2026. But as a result of Defendant's default and his failure to cure the default within the applicable curing period provided pursuant to the Note, Plaintiff has declared, by the contractual right conferred to him pursuant to the Note, that the maturity date of the Note is accelerated to April 30, 2023, rendering all unpaid principal amount, including accrued interest immediately due and payable to Plaintiff.

3. Plaintiff seeks an award of no less than $184,896.30 in damages, attorneys' fees and costs, pre-judgment and post-judgment interest and all other relief that the Court deems just and proper.

## II. JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 in that Plaintiff PAUL H. KIM is a resident of the State of Texas and Defendant ALEXANDER YU is a resident of the State of California. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper in this district under 28 U.S.C. § 1391(b)(1) in that Defendant resides in this district.

## III. THE PARTIES

6. Plaintiff, PAUL H. KIM, is an individual who resides in Houston, Texas.

7. Upon information and belief, Defendant, ALEXANDER YU, is an individual and resident of the State of California and owns and operates a supermarket at 1900 E. Alondra Blvd. Compton, CA 90021.

## IV. RELEVANT FACTS

8. This action arises out of Defendant's default on a promissory note, dated October 24, 2021. (A true and correct copy of the promissory note ("Note") is attached as **Exhibit A**).

### A. Defendant Executed a Promissory Note in Favor of Plaintiff

9. On or about October 24, 2021, Defendant executed the Note in Plaintiff's favor and promised to repay a principal amount of One Hundred Sixty-Five Thousand Dollars ($165,000.00) ("Principal Amount") with interest before the maturity date of the Note.

10. Further, Defendant promised to pay the Principal Amount and its accrued interest based on a monthly installment payment schedule, starting on November 1, 2021. (Ex. A, p.1). The stated maturity date of the Note is October 1, 2026. (Id.). But if Defendant defaults on the Note and subsequently fails to cure its payment default after he is given notice of the default, Plaintiff has the right to "declare the unpaid principal balance, earned interest, and any other

2
COMPLAINT FOR DAMAGES

amounts owed on the [N]ote immediately due and may exercise all other rights and remedies available at law or in equity." (Ex. A, p.2).

### B. Payment Terms; Interest Rates; and Late Fees

11. Pursuant to the terms of the Note, Defendant promised to repay the Principal Amount with an annual interest of seven percent ("Annual Interest Rate") pursuant to a monthly installment payment schedule set forth in the Note. (Ex. A, pp.1-2).

12. Specifically, Defendant promised to pay $2,000 a month, "beginning November 1, 2021, and thereafter on the first day of each succeeding month through September 1, 2026, and in one final installment on October 1, 2026 in the amount of the unpaid principal and accrued, unpaid interest as of that date." (Ex. A, p.1).

13. The "Annual Interest Rate" under the Note is "Seven Percent (7.0%)"; and the "Annual Interest Rate on Matured, Unpaid Amount" is "Ten Percent (10.0%)."  (Ex. A, p.1).

14. Pursuant to the "Promise to Pay" provision of the Note, Defendant promised to "pay to the order of [Plaintiff] the Principal Amount plus interest at the *Annual Interest Rate*." (Ex. A, p.2) (emphasis added).

15. Further, the Note provides that "[i]f any amount is not paid either when due under the Terms of Payment or *on acceleration of maturity*, [Defendant] promises to pay any unpaid amount plus interest from the date the payment was due to the date of payment at the *Annual Interest Rate on Matured, Unpaid Amounts*." (Ex. A, p.2) (emphasis added).

16. Under the "Other Clauses" of the Note, if "any installment [payment] becomes overdue for more than Ten (10) days," Plaintiff is entitled to charge a late fee of "5.0% of the amount of the payment[.]" (Ex. A, p. 3).

### C. Event of Default Provision of the Note; and the 10-Day Default Curing Period

17. The Note has a provision setting forth what constitutes an event of default. Pursuant to the "Default and Remedies" provision of the Note, "[a] default exists under this [N]ote if (1) [Defendant] defaults in the payment of this [N]ote[.]" (Ex. A, p.2).

18. When an event of default occurs, the Note requires that Plaintiff "first give [Defendant] written notice of default and [Defendant] will have ten days after notice is given in which to cure the default." (Ex. A, p.2).

19. Moreover, the Note provides that if the default is not cured "ten days after notice," Plaintiff "may declare the unpaid principal balance, earned interest, and any other amounts owed on the [N]ote immediately due and may exercise all other rights and remedies available at law or in equity." (Ex. A, p.2).

**D.      Plaintiff is Entitled to Recover Attorneys' Fees and Costs for Enforcing the Note**

20. Under the "Attorney's Fees" provision of the Note, Defendant "promises to pay court and other costs and attorney's fees assessed by a court if an attorney is retained to collect or enforce the [N]ote." (Ex. A, p.3).

21. The Note also provides that Defendant "will pay [Plaintiff] these expenses on demand at the Place for Payment." (Id.).

**E.      Defendant Defaulted on the Note; the Stated Maturity Date of the Note is Accelerated**

22. Despite the clear payment terms and his obligation to pay, Defendant immediately defaulted on the Note by failing to pay his first installment payment when it was due and payable on November 1, 2021, thereby breaching his obligations and promises contained therein.

23. On April 17, 2023, Plaintiff sent Defendant a Notice of Default, demanding that Defendant cure his default by paying all outstanding principal amount and accrued interest due under the Note within 10 days after receipt of the Notice of Default.  (A true and correct copy of the Notice of Default, dated April 17, 2023, is attached as **Exhibit B**; a true and correct copy of the proof of service of the Notice of Default is attached as **Exhibit C**).

24. Defendant, however, ignored Plaintiff's demand and failed to pay the demanded amount set forth in the Notice of Default prior to the expiration of the 10-day curing period.

25. As a result, Plaintiff has declared that the stated maturity date of the Note is accelerated to April 30, 2023—the expiration of the 10-day curing period—and that the $165,000.00, the total unpaid Principal Amount of the Note, together with all accrued interest and late fees are immediately due and payable pursuant to the terms of the Note on April 30, 2023.

26. Pursuant to the "Promise to Pay" provision of the Note, interest payment owed on the unpaid Principal Amount has accrued at the rate of seven (7) percent from October 24, 2021, the date of the Note, to April 30, 2023, the accelerated maturity date of the Note ("Accelerated Maturity Date"). Because Defendant has failed to make any payment under the Note to reduce the balance of the Principal Amount, as of April 30, 2023, the interest owed on the unpaid Principal Amount calculated on a 7% Annual Interest Rate has accrued to $17,499.04.[1]

27. As stated above, since the stated maturity date of the Note (i.e., October 1, 2026) has been accelerated due to Defendant's failure to cure the event of default, the Note further provides that "[i]f any amount is not paid . . . *on acceleration of maturity*, [Defendant] promises to pay any unpaid amount plus interest from the date the payment was due to the date of payment at the *Annual Interest Rate on Matured, Unpaid Amounts*." (Ex. A, p. 2) (emphasis added).

28. Thus, commencing on May 1, 2023—the date after the Accelerated Maturity Date, the interest owed on the unpaid Principal Amount has begun to accrue at the "Annual Interest Rate on Matured, Unpaid Amounts," which is ten (10) percent. (Ex. A, p.1).

29. As of the date of filing of this Complaint, the accrued interest owed on the unpaid Principal Amount, post-Accelerated Maturity Date, is calculated based the 10% Annual

---

[1] The accrued interest amount of $17,499.04 is computed based on the 7% Annual Interest Rate on the unpaid Principal Amount from October 24, 2021 to April 30, 2023, the accelerated maturity date of the Note. The amount is computed pursuant to the formula provided under the "Interest Calculation" section of the Note as follows:
> "Interest on the debt evidenced by this note is computed on a 365/365 basis; that is, by applying the ratio of the interest rate over a year of 365 days, multiplied by the outstanding Principal Amount, multiplied by the actual number of days the Principal Amount is outstanding, unless such calculation would result in a usurious rate, in which case interest shall be calculated on a per diem basis of a year of 365 or 366 days, as the case may be. All interest payable under this note is computed using this method." (Ex. A, p.3)

5
COMPLAINT FOR DAMAGES

Interest Rate on Matured; and it has accrued to $497.26 and will continue to accrue at the 10% Annual Interest Rate on Matured until the Principal Amount and all outstanding accrued interest are paid in full.[2]

30. In addition to the accrued interest owed on the unpaid Principal Amount, Plaintiff is also entitled to recover late fees in the amount of $1,900.00, calculated based on 5% of the total amount of payments—$38,000.00—that Defendant has failed to make from November 1, 2021 to May 1, 2023. (Ex. A, p.3).

31. Based on the foregoing, the total amount owed under the Note by the Defendant, including all accrued interest at the Annual Interest Rate and the Annual Interest Rate on Matured and late fees, is $184,896.30.[3]

### COUNT I – BREACH OF PROMISSORY NOTE

32. Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs hereof as if set forth fully herein.

33. The Note constitutes a valid and enforceable contract between the Plaintiff and Defendant.

34. Pursuant to the Note, the Plaintiff had fully performed under the Note by loaning Defendant in the Principal Amount of One Hundred and Sixty-Five Thousand Dollars ($165,000.00) and otherwise performed all covenants, conditions and promises required on under the Note.

35. Defendant failed to make any payments due under the Note; and Defendant's failure to perform constitutes a material breach of the Note and an event of default under the Note.

---

[2] The accrued interest amount of $497.26 is computed based on the 10% "Annual Interest Rate on Matured" on the unpaid Principal Amount from May 1, 2023 to May 12, 2023, the date of the filing of this Complaint. It is calculated pursuant to the formula provided under the "Interest Calculation" section of the Note. (Ex. A, p.3).

[3] As of the date of the filing of this Complaint, the total amount owed under the Note ($184,896.30) is calculated as follows: Principal Amount ($165,000.00), plus the accrued interest owed at the rate of 7% Annual Interest Rate on the Principal Amount from October 24, 2021 to April 30, 2023 ($17,499.04), plus the accrued interest owed at the rate of 10% Annual Interest Rate on Matured on the Principal Amount from May 1, 2023 to May 12, 2023 ($497.26), and plus late fees of $1,900.00.

36. Plaintiff has met the condition required under the Note for seeking further remedies by notifying Defendant of its default and allowing Defendant to cure his default during the curing period provided under the Note.

37. Defendant, however, failed to cure the default during the curing period.

38. As a direct and proximate result of Defendant's default and breach of the Note and failure to pay the Note, Plaintiff has suffered damages and incurred costs and attorneys' fees in enforcing the Note.

## COUNT II – UNJUST ENRICHMENT

39. Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs hereof as if set forth fully herein, to the extent that the allegations are not related to a valid contract between the parties.

40. Plaintiff has loaned $165,000.00 to Defendant in exchange for Defendant's promise to repay him with interest.

41. Defendant has acknowledged, accepted, and benefited from the amount loaned to him.

42. Defendant took undue advantage of Plaintiff by failing to repay the amount loaned to him when due.

43. It would be inequitable, unjust, and unconscionable, for Defendant to retain the benefit of Plaintiff's loan without compensation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff PAUL H. KIM prays for the following relief:

1. Award money damages in favor of Plaintiff in the amount to be determined at trial, but not less than $184,896.30, plus all interest accrued at the rate of 10% per annum on the unpaid Principal Amount of $165,000.00 and accrued late fees;

2. Award attorneys' fees and costs;

3. Award pre-judgment interest on any money damages awarded;

4. Award post-judgment interest on any money damages awarded; and

5. Granting Plaintiff such other and further relief as the Court deems just and proper.

Dated: May 12, 2023

Respectfully submitted,

HAN LLP

By: */s/ Chris C. Han*
CHRIS C. HAN
Attorney for Plaintiff
PAUL H. KIM